UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                                          NO. 04-321*
                                                                   *also applies to Civ.A. 06-0632

DAVID SAMUELS                                                          SECTION "K"

## ORDER AND REASONS

Before the Court is petitioner David Samuel's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Rec. Doc. No. 31).[1] The Court has reviewed the pleadings, memoranda, and the relevant law and finds that the motion is without merit.

---

[1]This Order and Reasons also applies to Civ.A. 06-0632, Rec. Doc. 1, as therein petitioner filed a separate petition, this time under 28 U.S.C. § 2254, for a writ of habeas corpus by a person in state custody, but based on the same operative facts as the above motion. Specifically, the § 2254 petition also requests that the Jefferson Parish detainer lodged against petitioner be removed so that he may begin serving his 24-month federal sentence. On February 21, 2006 the Court ordered that this § 2254 petition be treated as one for habeas corpus relief under 28 U.S.C. § 2241 (See Rec. Doc. No. 3). A response from the Jefferson Parish District Attorney was received on March 31, 2006 wherein it was determined that petitioner was neither in state custody nor was there any detainer against him in Jefferson Parish. Accordingly this Court's Order and Reasoning above also applies to petitioner's erroneously filed § 2254 (now § 2241) petition.

Accordingly, the Court **DENIES** the motion as **MOOT** for the reasons below.

On January 5, 2005 Samuels pled guilty to a two-count bill of information charging him with possession of stolen mail and possession of counterfeit checks.  See Rec. Doc. No. 14.  On July 6, 2005 Samuels was sentenced to 24 months in prison.  See Rec. Doc. No. 26.  Samuels' surrender date to U.S. Marshals was August 8, 2005.  See Rec. Doc. No. 25.  In June 2005, before his federal surrender date, Samuels was arrested by Jefferson Parish Sheriff's Deputies on unrelated charges.  Because he was in state custody Samuels failed to report on his surrender date and an arrest warrant for bond violation was ordered.  Samuels was in state custody when he filed the instant motion, and he now asks this Court to release him from state custody and transfer him to federal custody to begin his federal sentence.  Notably, the Jefferson Parish District Attorney's Office refused the state charges, and on February 16, 2006 Samuels was transferred to federal custody.  Samuels is currently serving his 24 month sentence in federal prison.  Consequently he has already received the relief prayed for in the instant petition. Additionally, in the alternative, even if petitioner's petition was not moot,  for a court to have habeas jurisdiction, "the prisoner must be 'in custody' at the time he filed his petition for the conviction or sentence he wishes to challenge." *Zolicoffer v. United States Dep't of Justice*, 315 F.3d 538, 540 (5th Cir. 2003).  A habeas action is properly brought against the petitioner's custodian, in this case, the state of Louisiana.  *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 494-85 (1973).  Samuels has improperly filed his request to be released from state custody with this federal court which, as explained above, lacks jurisdiction.

Accordingly,

**IT IS ORDERED** that petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody (Rec. Doc. No. 31) is **DENIED as MOOT**.

**IT IS FURTHER ORDERED** that petitioner's Motion Under 28 U.S.C. § 2254 filed in C.A. 06-0632 and treated as a motion for habeas corpus under 28 U.S.C. § 2241 is also **DENIED as MOOT** as petitioner is no longer in state custody.

New Orleans, Louisiana, this __28th__ day of August, 2006.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**